1  Stuart M. Richter (State Bar No. 126231)
   William R. Waldman (State Bar No. 198878)
2  KATTEN MUCHIN ROSENMAN LLP
   2029 Century Park East, Suite 2600
3  Los Angeles, CA 90067-3012
   Telephone: 310.788.4400
4  Facsimile: 310.788.4471

5  Attorneys for Plaintiff WestLB AG, New York
   Branch

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTLB AG, NEW YORK BRANCH, a German banking corporation, | CASE NO. CV 08 00890 |
| Plaintiff, | PLAINTIFF WESTLB AG'S CERTIFICATION AS TO INTERESTED PARTIES |
| vs. | |
| LANTANA MENDOCINO, LLC, a Delaware limited liability company, | |
| Defendant. | |

The undersigned, counsel of record for Plaintiff WestLB AG, NEW YORK BRANCH, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Plaintiff WESTLB AG, NEW YORK BRANCH;
2. Defendant LANTANA MENDOCINO, LLC;
3. Duane D. Werb;

///

PLAINTIFF'S CERTIFICATION OF INTERESTED PARTIES

31419605v1

1   4.   David J. Wilke.

3   Date: February 8, 2008

**KATTEN MUCHIN ROSENMAN**
Stuart M. Richter
William R. Waldman

By: _/s/ William R. Waldman_
     William R. Waldman

Attorneys for Plaintiff WestLB AG, New York Branch