1  Stuart M. Richter (State Bar No. 126231)
   William R. Waldman (State Bar No. 198878)
2  KATTEN MUCHIN ROSENMAN LLP
   2029 Century Park East, Suite 2600
3  Los Angeles, CA 90067-3012
   Telephone:  310.788.4400
4  Facsimile:  310.788.4471

5  Attorneys for Plaintiff WestLB AG, New York
   Branch

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTLB AG, NEW YORK BRANCH, a German banking corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LANTANA MENDOCINO, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO.  C 08-00890 EMC<br><br>Assigned to Magistrate Judge Edward M. Chen<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR ASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE

31420139v1

1  REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT
2  JUDGE.
3      The undersigned party hereby declines to consent to the assignment of this case
4  to a United States Magistrate Judge for trial and disposition and hereby requests the
5  reassignment of this case to a United States District Judge.

7  Date: February 12, 2008

                                                    **KATTEN MUCHIN ROSENMAN**
                                                   Stuart M. Richter
                                                   William R. Waldman

                                                   By: _____
                                                          William R. Waldman
                                                 Attorneys for Plaintiff WestLB AG, New York
                                                 Branch

**Katten**
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel  310.788.4471 fax

2
DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
31420139v1

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2029 Century Park East, Suite 2600, Los Angeles, California 90067. On February 13, 2008, I served the foregoing documents:

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**

**AND**

**REQUEST FOR ASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope, addressed as follows:

| | |
|---|---|
| Lantana Mendocino, LLC<br>1 Riverwalk Center, Suite 100<br>Wilmington, DE  19801<br>Attention: David J. Wilk | David J. Wilk<br>Lantana Mendocino, LLC<br>1 Riverwalk Center, Suite 100<br>Wilmington, DE  19801 |
| Duane D. Werb, Esq.<br>Werb & Sullivan<br>300 Delaware Avenue, Suite 1018<br>Wilmington, DE  19801 | Walter Wetterman, Esq.<br>44570 Gordon Lane<br>Mendocino, CA  95460 |

( )    **By Mail.** I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

( )    **By Facsimile.** I caused the above-referenced documents to be transmitted to the noted addressee(s) at the fax number as stated. Attached to this declaration is a "TX Confirmation Report" confirming the status of transmission.

X)    **By Overnight Courier.** I caused the above-referenced document(s) to be delivered to an overnight courier service (Federal Express/California Overnight), for delivery to the above address(es).

( )    **By Personal Service.** I delivered such envelope by hand to the offices of the addressee(s) listed above.

    Executed on February 13, 2008, at Los Angeles, California.

( ) **STATE** I declare under the penalty of perjury under the laws of the State of California that the above is true and correct.

31420189_1.DOC                                        PROOF OF SERVICE

1  (X) **FEDERAL** I declare that I am employed in the office of a member of the bar of
2  this court at whose direction the service was made.

*Mamie Hardy*
Mamie Hardy

31420189_1.DOC                                                            PROOF OF SERVICE