**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                                                     General Court Number
Clerk                                                                                                              415.522.2000

**February 19, 2008**

CASE NUMBER:  CV 08-00890 EMC
CASE TITLE:  WESTLB AG-v-LANTANA MENDOCINO LLC

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Vaughn R. Walker** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **VRW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 2/19/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                                    Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                             Special Projects
Log Book Noted                                                        Entered in Computer 2/19/08ha

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                             Transferor CSA