| Attorney or Party without Attorney: <br> STUART M. RICHTER, Bar #126231 <br> KATTEN MUCHIN ROSENMAN LLP <br> 2029 CENTURY PARK EAST <br> SUITE 2600 <br> LOS ANGELES, CA 90067 <br> Telephone No: 310-788-4400     FAX No: 310-788-4471 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court, Central District Of California | |
| Plaintiff: WESTLB AG, NEW YORK BRANCH, ETC. | |
| Defendant: LANTANA MENDOCINO, LLC, ETC. | |

| PROOF OF SERVICE <br> SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number: <br> CV080890 EMC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; ECF REGISTRATION INFORMATION HANDOUT ; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; PLAINTIFF WESTLB AG'S CERTIFICATION AS TO INTERESTED PARTIES.

3. a. Party served:         DUANE D. WERB, ESQ.
   b. Person served:        AMY BROWN, AUTHORIZED TO ACCEPT SERVICE. SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served:    300 DELAWARE AVENUE
                                          SUITE 1018
                                          WILMINGTON, DE 19801

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Feb. 14, 2008 (2) at: 3:40PM

7. **Person Who Served Papers:**     Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. KEVIN DUNN
                                     d. *The Fee for Service was:*
                                     e. I am: Not a Registered California Process Server

   **First Legal Support Services** sm
   ATTORNEY SERVICES
   1138 HOWARD STREET
   San Francisco, CA 94103
   (415) 626-3111, FAX (415) 626-1331

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Fri, Feb. 22, 2008

                                                           (KEVIN DUNN)

| Judicial Council Form <br> Rule 982.9.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE <br> SUMMONS IN A CIVIL CASE | 4018859.sturi.114759 |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

WESTLAB AG, NEW YORK BRANCH, a German banking corporation

**SUMMONS IN A CIVIL CASE**

v.

LANTANA MENDOCINO, LLC, a Delaware limited liability company

CASE NUMBER:

CV 08 0890 EMC

TO: (Name and address of defendant)

Duane D. Werb, Esq.
Werb & Sullivan
300 Delaware Avenue, Suite 1018
Wilmington, DE  19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

KATTEN MUCHIN ROSENMAN LLP
Stuart M. Richter (SBN 126231)
William R. Waldman (SBN 198878)
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone:  (310) 788-4400
Fascimile:  (310) 788-4471

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  FEB  8 2008

(BY) DEPUTY CLERK

NDCAO440

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2029 Century Park East, Suite 2600, Los Angeles, California 90067. On February 27, 2008, I served the foregoing documents:

**PROOF OF SERVICE OF SUMMONS IN A CIVIL CASE (DUANE D. WERB, ESQ.)**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope, addressed as follows:

Lantana Mendocino, LLC  
1 Riverwalk Center, Suite 100  
Wilmington, DE 19801  
Attention: David J. Wilk

David J. Wilk  
Lantana Mendocino, LLC  
1 Riverwalk Center, Suite 100  
Wilmington, DE 19801

Duane D. Werb, Esq.  
Werb & Sullivan  
300 Delaware Avenue, Suite 1018  
Wilmington, DE 19801

Via OverniteExpress  
Walter Wetterman, Esq.  
44570 Gordon Lane  
Mendocino, CA 95460

( )    By Mail. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

( )    By Facsimile. I caused the above-referenced documents to be transmitted to the noted addressee(s) at the fax number as stated.

(X)    By Overnight Courier. I caused the above-referenced document(s) to be delivered to an overnight courier service (Federal Express/California Overnight), for delivery to the above address(es).

( )    By Personal Service. I delivered such envelope by hand to the offices of the addressee(s) listed above.

     Executed on February 27, 2008, at Los Angeles, California.

( ) **STATE** I declare under the penalty of perjury under the laws of the State of California that the above is true and correct.

(X) **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Mamie Hardy*  
Mamie Hardy

31422335_1.DOC            PROOF OF SERVICE