| Attorney or Party without Attorney: <br> STUART M. RICHTER, Bar #126231 <br> KATTEN MUCHIN ROSENMAN LLP <br> 2029 CENTURY PARK EAST <br> SUITE 2600 <br> LOS ANGELES, CA  90067 <br> Telephone No: 310-788-4400       FAX No: 310-788-4471 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court, Central District Of California | | | | |
| Plaintiff: WESTLB AG, NEW YORK BRANCH, ETC. | | | | |
| Defendant: LANTANA MENDOCINO, LLC, ETC. | | | | |
| **PROOF OF SERVICE** <br> **SUMMONS IN A CIVIL CASE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> CV080890 EMC |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; ECF REGISTRATION INFORMATION HANDOUT ; NOTICE OF ASSIGNMENT OF CASE TO A UNITEED STATES MAGISTRATE JUDGE FOR TRIAL; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; PLAINTIFF WESTLB AG'S CERTIFICATION AS TO INTERESTED PARTIES.

3. a. Party served:           WALTER WETTERMAN, ESQ.
   b. Person served:         party in item 3.a. SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served:    44570 GORDON LANE
                                           MENDOCINO, CA  95460

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Feb. 14, 2008 (2) at: 4:30PM

7. *Person Who Served Papers:*                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. STUART ZELLER                                d. *The Fee for Service was:*

   **First Legal Support Services** SM            e. I am: (3) registered California process server
   ATTORNEY SERVICES                                    (i)  Independent Contractor
   1138 HOWARD STREET                                   (ii) Registration No.:   50
   San Francisco, CA 94103                              (iii) County:            Mendocino
   (415) 626-3111, FAX (415) 626-1331

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Wed, Feb. 20, 2008

| Judicial Council Form <br> Rule 982.9.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE <br> SUMMONS IN A CIVIL CASE | (STUART ZELLER) <br> 4018872.sturi.114367 |
|---|---|---|

E-filing

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

WESTLAB AG, NEW YORK BRANCH, a German
banking corporation

### SUMMONS IN A CIVIL CASE

CASE NUMBER:

V.

LANTANA MENDOCINO, LLC, a Delaware limited
liability company

CV 08 0890 EMC

TO: (Name and address of defendant)

Walter Wetterman, Esq.
44570 Gordon Lane
Mendocino, CA  95460

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

KATTEN MUCHIN ROSENMAN LLP
Stuart M. Richter (SBN 126231)
William R. Waldman (SBN 198878)
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone:  (310)788-4400
Fascimile:  (310)788-4471

an answer to the complaint which is herewith served upon you, within 20    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

FEB  8 2008

Richard W. Wieking                                         DATE _____
CLERK

_____
(BY) DEPUTY CLERK

NDCAO440

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2029 Century Park East, Suite 2600, Los Angeles, California 90067. On February 27, 2008, I served the foregoing documents:

**PROOF OF SERVICE OF SUMMONS IN A CIVIL CASE (WALTER WETTERMAN, ESQ.)**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope, addressed as follows:

Lantana Mendocino, LLC
1 Riverwalk Center, Suite 100
Wilmington, DE  19801
Attention:  David J. Wilk

David J. Wilk
Lantana Mendocino, LLC
1 Riverwalk Center, Suite 100
Wilmington, DE  19801

Duane D. Werb, Esq.
Werb & Sullivan
300 Delaware Avenue, Suite 1018
Wilmington, DE  19801

Via OverniteExpress
Walter Wetterman, Esq.
44570 Gordon Lane
Mendocino, CA  95460

( )   By Mail. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

( )   By Facsimile. I caused the above-referenced documents to be transmitted to the noted addressee(s) at the fax number as stated.

(X)   By Overnight Courier. I caused the above-referenced document(s) to be delivered to an overnight courier service (Federal Express/California Overnight), for delivery to the above address(es).

( )   By Personal Service. I delivered such envelope by hand to the offices of the addressee(s) listed above.

Executed on February 27, 2008, at Los Angeles, California.

( ) **STATE** I declare under the penalty of perjury under the laws of the State of California that the above is true and correct.

(X) **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Mamie Hardy*
Mamie Hardy

31422335_1.DOC                                                                         PROOF OF SERVICE