1  Stuart M. Richter (State Bar No. 126231)
   William R. Waldman (State Bar No. 198878)
2  KATTEN MUCHIN ROSENMAN LLP
   2029 Century Park East, Suite 2600
3  Los Angeles, CA 90067-3012
   Telephone: 310.788.4400
4  Facsimile: 310.788.4471

5  Attorneys for Plaintiff WestLB AG, New York Branch

6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | WESTLB AG, NEW YORK          ) | CASE NO.  C 08-00890 VRW
   | BRANCH, a German banking     ) |
12 | corporation,                 ) | Assigned to the Honorable Vaughn R. Walker
   |                              ) |
13 |           Plaintiff,         ) | **PROOF OF SERVICE**
   |                              ) |
14 |     vs.                      ) |
   |                              ) |
15 | LANTANA MENDOCINO, LLC, a    ) |
   | Delaware limited liability company, ) |
16 |                              ) |
   |           Defendant.         ) |
17 |                              ) |
18 |                              ) |
19 |                              ) |

20

21

22

23

24

25

26

27

28

31423401v1                        PROOF OF SERVICE

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2029 Century Park East, Suite 2600, Los Angeles, California 90067. On March 5, 2008, I served the foregoing documents:

1. **CLERK'S NOTICE**
2. **ORDER SETTING CASE MANAGEMENT CONFERENCE**
3. **STANDING ORDERS**
4. **NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope, addressed as follows:

Walter Wetterman, Esq.
44570 Gordon Lane
Mendocino, CA 95460

( x ) By Mail. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

( ) By Facsimile. I caused the above-referenced documents to be transmitted to the noted addressee(s) at the fax number as stated.

( ) By Overnight Courier. I caused the above-referenced document(s) to be delivered to an overnight courier service (Federal Express/California Overnight), for delivery to the above address(es).

( ) By Personal Service. I delivered such envelope by hand to the offices of the addressee(s) listed above.

Executed on March 5, 2008, at Los Angeles, California.

( ) **STATE** I declare under the penalty of perjury under the laws of the State of California that the above is true and correct.

(X) **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Mamie Hardy*
Mamie Hardy

31423393_1.DOC                                PROOF OF SERVICE