Stuart M. Richter (State Bar No. 126231)
William R. Waldman (State Bar No. 198878)
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471

Attorneys for Plaintiff WestLB AG, New York Branch

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTLB AG, NEW YORK BRANCH, a German banking corporation,<br><br>       Plaintiff,<br><br>vs.<br><br>LANTANA MENDOCINO, LLC, a Delaware limited liability company,<br><br>       Defendant. | **CASE NO.  C 08-00890 VRW**<br><br>Assigned to the Honorable Vaughn R. Walker<br><br>**REQUEST TO ENTER DEFAULT** |

TO:    THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiff WestLB AG, New York Branch hereby requests that the Clerk of the above-entitled Court enter default in this matter against defendant Lantana Mendocino, LLC on the ground that said defendant has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure.  Plaintiff served the complaint on defendant Lantana Mendocino, LLC on February 14, 2008, as evidenced by the proofs of service of summons on file with this Court.

31429561v1

1    The above stated facts are set forth in the accompanying declaration of William

2  R. Waldman, filed herewith.

3

4  Dated:  May 1, 2008

5                                              KATTEN MUCHIN ROSENMAN LLP
                                                Stuart M. Richter
6                                              William R. Waldman

7                                              By:  _____
                                                      William R. Waldman
8
                                                Attorneys for Plaintiff WestLB AG, New York
9                                              Branch

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST TO ENTER DEFAULT

31429561v1

# DECLARATION OF WILLIAM R. WALDMAN

I, William R. Waldman declare as follows:

1.    I am an associate in the law firm of Katten Muchin Rosenman LLP, counsel for the plaintiff WESTLB AG, New York Branch.  I submit this declaration based on my own personal knowledge.  If called upon to testify as the matters set forth herein, I could and would do so competently.

2.    I caused Defendant Lantana Mendocino, LLC ("Lantana") to be served the Summons and Complaint on February 14, 2008.  True and correct copies of the Proofs of Service are attached collectively hereto as Exhibit A.

3.    By virtue of this service on February 14, the deadline for Lantana to respond has now expired.

4.    Lantana has failed to file a responsive pleading or motion as permitted by law.

5.    Lantana is neither a minor nor an incompetent person, as it is a Delaware limited liability corporation.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed this 1st day of May, 2008, at Los Angeles, California.

_____
William R. Waldman

REQUEST TO ENTER DEFAULT

31429561v1

EXHIBIT A

| Attorney or Party without Attorney: | | | For Court Use Only |
|---|---|---|---|
| STUART M. RICHTER, Bar #126231<br>KATTEN MUCHIN ROSENMAN LLP<br>2029 CENTURY PARK EAST<br>SUITE 2600<br>LOS ANGELES, CA 90067<br>*Telephone No:* 310-788-4400    *FAX No:* 310-788-4471 | | | |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* | | |

Insert name of Court, and Judicial District and Branch Court:
  United States District Court, Central District Of California

*Plaintiff:* WESTLB AG, NEW YORK BRANCH, ETC.

*Defendant:* LANTANA MENDOCINO, LLC, ETC.

| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL CASE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV080890 EMC |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; ECF REGISTRATION INFORMATION HANDOUT ; NOTICE OF ASSIGNMENT OF CASE TO A UNITEED STATES MAGISTRATE JUDGE FOR TRIAL; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; PLAINTIFF WESTLB AG'S CERTIFICATION AS TO INTERESTED PARTIES.

3. *a. Party served:*          WALTER WETTERMAN, ESQ.
   *b. Person served:*        party in item 3.a. SERVED UNDER F.R.C.P. RULE 4.

4. *Address where the party was served:*     44570 GORDON LANE
                                             MENDOCINO, CA 95460

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Feb. 14, 2008 (2) at: 4:30PM

7. *Person Who Served Papers:*                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. STUART ZELLER                        d. *The Fee for Service was:*

                                          e. I am: (3) registered California process server
   **First Legal Support Services** SM        (i)   Independent Contractor
        ATTORNEY SERVICES                      (ii)  *Registration No.:*    50
   1138 HOWARD STREET                          (iii) *County:*              Mendocino
   San Francisco, CA 94103
   (415) 626-3111, FAX (415) 626-1331

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Wed, Feb. 20, 2008

Judicial Council Form                    PROOF OF SERVICE                    (STUART ZELLER)
Rule 982.9.(a)&(b) Rev January 1, 2007   SUMMONS IN A CIVIL CASE                        *4018872.sturi.114367*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA



WESTLAB AG, NEW YORK BRANCH, a German
banking corporation

### SUMMONS IN A CIVIL CASE

**v.**

CASE NUMBER:

LANTANA MENDOCINO, LLC, a Delaware limited
liability company

*EMC*

CV 08    0890

TO: (Name and address of defendant)

Walter Wetterman, Esq.
44570 Gordon Lane
Mendocino, CA  95460

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

KATTEN MUCHIN ROSENMAN LLP
Stuart M. Richter (SBN 126231)
William R. Waldman (SBN 198878)
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone:   (310)788-4400
Fascimile:   (310)788-4471

an answer to the complaint which is herewith served upon you, within 20      days after service of this summons upon you,
exclusive of the day of service.  If you fail to do so, Judgement by default will be taken against you for the relief demanded in the
complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

FEB   8 2008

Richard W. Wieking
CLERK

DATE _____

_____
(BY) DEPUTY CLERK

NDCAO440

1    **PROOF OF SERVICE**

2    STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

3    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2029 Century
4    Park East, Suite 2600, Los Angeles, California 90067. On February 27, 2008, I served the foregoing documents:

5

6    **PROOF OF SERVICE OF SUMMONS IN A CIVIL CASE**
     **(WALTER WETTERMAN, ESQ.)**
7

8    on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope, addressed as follows:

9    Lantana Mendocino, LLC              David J. Wilk
     1 Riverwalk Center, Suite 100       Lantana Mendocino, LLC
10   Wilmington, DE 19801                1 Riverwalk Center, Suite 100
     Attention: David J. Wilk            Wilmington, DE 19801
11
     Duane D. Werb, Esq.                 Via OverniteExpress
12   Werb & Sullivan                     Walter Wetterman, Esq.
     300 Delaware Avenue, Suite 1018     44570 Gordon Lane
13   Wilmington, DE 19801                Mendocino, CA 95460

14   ( )    By Mail. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited
15   with the U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of
16   the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

17

18   ()    By Facsimile. I caused the above-referenced documents to be transmitted to the noted addressee(s) at the fax number as stated.

19   (X)    By Overnight Courier. I caused the above-referenced document(s) to be delivered to an overnight courier service (Federal Express/California Overnight), for
20   delivery to the above address(es).

21   ()    By Personal Service. I delivered such envelope by hand to the offices of the addressee(s) listed above.
22

23   Executed on February 27, 2008, at Los Angeles, California.

24   () **STATE** I declare under the penalty of perjury under the laws of the State of California that the above is true and correct.

25

26   (X) **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

27

28   *Mamie Hardy*
     Mamie Hardy

     ---
     31422335_1.DOC                                          PROOF OF SERVICE

**Service of Process:**
3:08-cv-00890-VRW Westlb AG, New York Branch v. Lantana Mendocino LLC
ADRMOP, E-Filing

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available.*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from by Waldman, William entered on 2/28/2008 10:42 AM PST and filed on 2/28/2008
**Case Name:**        Westlb AG, New York Branch v. Lantana Mendocino LLC
**Case Number:**      3:08-cv-890
**Filer:**            Westlb AG, New York Branch
**Document Number:** 11

**Docket Text:**
**CERTIFICATE OF SERVICE by Westlb AG, New York Branch *PROOF OF SERVICE SUMMONS IN A CIVIL CASE (on Walter Wetterman, Esq.)* (Waldman, William) (Filed on 2/28/2008)**

**3:08-cv-890 Notice has been electronically mailed to:**

Stuart Matthew Richter    stuart.richter@kmzr.com, victoria.boyd@kmzr.com

William Ross Waldman    william.waldman@kattenlaw.com

**3:08-cv-890 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Documents and Settings\mhardy\My Documents\WestLB POS Summons
Wetterman.PDF
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=2/28/2008] [FileNumber=4177266-0]
[8b57d756975b76b88e6e13a229fe4e4a8c2dcb23d52abfdf5a7cd0e197d168ec8a9e2
7e7136b433dc5c494dcf09fb19ad8f556d0e24ae9566892f993f9340712]]

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| STUART M. RICHTER, Bar #126231<br>KATTEN MUCHIN ROSENMAN LLP<br>2029 CENTURY PARK EAST<br>SUITE 2600<br>LOS ANGELES, CA 90067<br>Telephone No: 310-788-4400          FAX No: 310-788-4471 | | | | |
| Attorney for: Plaintiff | | Ref. No. or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court:<br>  United States District Court, Central District Of California | | | | |
| Plaintiff: WESTLB AG, NEW YORK BRANCH, ETC. | | | | |
| Defendant: LANTANA MENDOCINO, LLC, ETC. | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL CASE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV080890 EMC |

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; ECF REGISTRATION INFORMATION HANDOUT ; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; PLAINTIFF WESTLB AG'S CERTIFICATION AS TO INTERESTED PARTIES.

3. a. *Party served:*          LANTANA MENDOCINO, LLC, A DELAWARE LIMITED LIABILITY
                               COMPANY
   b. *Person served:*         ERIC MAZINNA, AGENT AUTHORIZED TO ACCEPT SERVICE. SERVED
                               UNDER F.R.C.P. RULE 4.

4. *Address where the party was served:*     1 RIVERWALK CENTER
                                             SUITE 100
                                             WILMINGTON, DE 19801

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Feb. 15, 2008 (2) at: 11:20AM

7. *Person Who Served Papers:*                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. BARRY EVELAND                          d. *The Fee for Service was:*

                                             e. I am: Not a Registered California Process Server

**First Legal Support Services** SM
ATTORNEY SERVICES
1511 BEVERLY BOULEVARD
Los Angeles, CA 90026
(213) 250-1111, FAX (213) 250-1197

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date:Fri, Feb. 22, 2008

Judicial Council Form                PROOF OF SERVICE              (BARRY EVELAND)
Rule 982.9.(a)&(b) Rev January 1, 2007    SUMMONS IN A CIVIL CASE                        4018865.sturi.114750



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

WESTLAB AG, NEW YORK BRANCH, a German
banking corporation

**SUMMONS IN A CIVIL CASE**

**v.**

**CASE NUMBER:**

LANTANA MENDOCINO, LLC, a Delaware limited
liability company

CV 08 0890 EMC

**TO:** (Name and address of defendant)

Lantana Mendocino, LLC
1 Riverwalk Center, Suite 100
Wilmington, DE 19801
Attention: David J. Wilk

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

KATTEN MUCHIN ROSENMAN LLP
Stuart M. Richter (SBN 126231)
William R. Waldman (SBN 198878)
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310)788-4400
Fascimile: (310)788-4471

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you,
exclusive of the day of service.  If you fail to do so, judgement by default will be taken against you for the relief demanded in the
complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

FEB  8 2008

DATE _____

_____
(BY) DEPUTY CLERK

NDCAO440

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2029 Century Park East, Suite 2600, Los Angeles, California 90067. On February 27, 2008, I served the foregoing documents:

**PROOF OF SERVICE OF SUMMONS IN A CIVIL CASE**

**(LANTANA MENDOCINO, LLC)**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope, addressed as follows:

Lantana Mendocino, LLC
1 Riverwalk Center, Suite 100
Wilmington, DE 19801
Attention: David J. Wilk

David J. Wilk
Lantana Mendocino, LLC
1 Riverwalk Center, Suite 100
Wilmington, DE 19801

Duane D. Werb, Esq.
Werb & Sullivan
300 Delaware Avenue, Suite 1018
Wilmington, DE 19801

Via OverniteExpress
Walter Wetterman, Esq.
44570 Gordon Lane
Mendocino, CA 95460

( )    By Mail. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

()    By Facsimile. I caused the above-referenced documents to be transmitted to the noted addressee(s) at the fax number as stated.

(**X**)    By Overnight Courier. I caused the above-referenced document(s) to be delivered to an overnight courier service (Federal Express/California Overnight), for delivery to the above address(es).

()    By Personal Service. I delivered such envelope by hand to the offices of the addressee(s) listed above.

     Executed on February 27, 2008, at Los Angeles, California.

() **STATE** I declare under the penalty of perjury under the laws of the State of California that the above is true and correct.

(X) **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Mamie Hardy*

Mamie Hardy

CAND-ECF                                                                    Page 1 of 2

**Service of Process:**
3:08-cv-00890-VRW Westlb AG, New York Branch v. Lantana Mendocino LLC
ADRMOP, E-Filing

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available .*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from by Waldman, William entered on 2/28/2008 10:31 AM PST and filed on 2/28/2008
**Case Name:**       Westlb AG, New York Branch v. Lantana Mendocino LLC
**Case Number:**     3:08-cv-890
**Filer:**           Westlb AG, New York Branch
**Document Number:** 8

**Docket Text:**
**CERTIFICATE OF SERVICE by Westlb AG, New York Branch re [1] Complaint, *PROOF OF SERVICE SUMMONS IN A CIVIL CASE (on Lantana Mendocino, LLC),* ACKNOWLEDGEMENT OF SERVICE Executed Acknowledgement filed by Westlb AG, New York Branch. (Waldman, William) (Filed on 2/28/2008)**

**3:08-cv-890 Notice has been electronically mailed to:**

Stuart Matthew Richter    stuart.richter@kmzr.com, victoria.boyd@kmzr.com

William Ross Waldman     william.waldman@kattenlaw.com

**3:08-cv-890 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Documents and Settings\mhardy\My Documents\WestLB POS Summons
Lantana.PDF
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=2/28/2008] [FileNumber=4177186-0]
[8ad74735525a3635e6132634cfbd954b4b6a78bb568fe6b3ae566b7d55545a720ec9e
5d2444c2c7de844a624d1430da4ed0e3c4e2f71d13f48489daaa3372a8e]]

| | | For Court Use Only |
|---|---|---|
| *Attorney or Party without Attorney:*<br>STUART M. RICHTER, Bar #126231<br>KATTEN MUCHIN ROSENMAN LLP<br>2029 CENTURY PARK EAST<br>SUITE 2600<br>LOS ANGELES, CA 90067<br>*Telephone No:* 310-788-4400    *FAX No:* 310-788-4471 | | |

*Attorney for:* Plaintiff

*Ref. No. or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Central District Of California

*Plaintiff:* WESTLB AG, NEW YORK BRANCH, ETC.

*Defendant:* LANTANA MENDOCINO, LLC, ETC.

| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL CASE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV080890 EMC |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; ECF REGISTRATION INFORMATION HANDOUT ; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; PLAINTIFF WESTLB AG'S CERTIFICATION AS TO INTERESTED PARTIES.

3. a. *Party served:*      DUANE D. WERB, ESQ.
   b. *Person served:*      AMY BROWN, AUTHORIZED TO ACCEPT SERVICE. SERVED UNDER F.R.C.P. RULE 4.

4. *Address where the party was served:*      300 DELAWARE AVENUE
   SUITE 1018
   WILMINGTON, DE 19801

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Feb. 14, 2008 (2) at: 3:40PM

7. *Person Who Served Papers:*
   a. KEVIN DUNN

   First Legal Support Services SM
   ATTORNEY SERVICES
   1138 HOWARD STREET
   San Francisco, CA 94103
   (415) 626-3111, FAX (415) 626-1331

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: Not a Registered California Process Server

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date:Fri, Feb. 22, 2008

   (KEVIN DUNN)



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

WESTLAB AG, NEW YORK BRANCH, a German
banking corporation

**SUMMONS IN A CIVIL CASE**

v.

CASE NUMBER:

LANTANA MENDOCINO, LLC, a Delaware limited
liability company

*EMC*

CV 08    0890

TO: (Name and address of defendant)

Duane D. Werb, Esq.
Werb & Sullivan
300 Delaware Avenue, Suite 1018
Wilmington, DE  19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

KATTEN MUCHIN ROSENMAN LLP
Stuart M. Richter (SBN 126231)
William R. Waldman (SBN 198878)
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone:  (310) 788-4400
Fascimile:  (310) 788-4471

an answer to the complaint which is herewith served upon you, within  2 0       days after service of this summons upon you,
exclusive of the day of service.  If you fail to do so, judgement by default will be taken against you for the relief demanded in the
complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

FEB  8 2008

Richard W. Wieking                                    DATE _____
CLERK

_____
(BY) DEPUTY CLERK

NDCAO440

1

**PROOF OF SERVICE**

2

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

3

     I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2029 Century Park East, Suite 2600, Los Angeles, California 90067. On February 27, 2008, I served the foregoing documents:

4

5

6

    **PROOF OF SERVICE OF SUMMONS IN A CIVIL CASE (DUANE D. WERB, ESQ.)**

7

8

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope, addressed as follows:

9

10

Lantana Mendocino, LLC
1 Riverwalk Center, Suite 100
Wilmington, DE 19801
Attention: David J. Wilk

David J. Wilk
Lantana Mendocino, LLC
1 Riverwalk Center, Suite 100
Wilmington, DE 19801

11

12

13

Duane D. Werb, Esq.
Werb & Sullivan
300 Delaware Avenue, Suite 1018
Wilmington, DE 19801

Via OverniteExpress
Walter Wetterman, Esq.
44570 Gordon Lane
Mendocino, CA 95460

14

15

16

17

( )    **By Mail.** I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

18

()    **By Facsimile.** I caused the above-referenced documents to be transmitted to the noted addressee(s) at the fax number as stated.

19

20

(**X**)    **By Overnight Courier.** I caused the above-referenced document(s) to be delivered to an overnight courier service (Federal Express/California Overnight), for delivery to the above address(es).

21

22

()    **By Personal Service.** I delivered such envelope by hand to the offices of the addressee(s) listed above.

    Executed on February 27, 2008, at Los Angeles, California.

23

24

() **STATE** I declare under the penalty of perjury under the laws of the State of California that the above is true and correct.

25

26

(X) **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

27

*Mamie Hardy*

28

Mamie Hardy

31422335_1.DOC

PROOF OF SERVICE

**Service of Process:**
3:08-cv-00890-VRW Westlb AG, New York Branch v. Lantana Mendocino LLC
ADRMOP, E-Filing

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available* .
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from by Waldman, William entered on 2/28/2008 10:40 AM PST and filed on 2/28/2008

**Case Name:**       Westlb AG, New York Branch v. Lantana Mendocino LLC
**Case Number:**     3:08-cv-890
**Filer:**           Westlb AG, New York Branch
**Document Number:** 10

**Docket Text:**
CERTIFICATE OF SERVICE by Westlb AG, New York Branch *PROOF OF SERVICE SUMMONS IN A CIVIL CASE (on Duane D. Werb, Esq.)* (Waldman, William) (Filed on 2/28/2008)

**3:08-cv-890 Notice has been electronically mailed to:**

Stuart Matthew Richter     stuart.richter@kmzr.com, victoria.boyd@kmzr.com

William Ross Waldman     william.waldman@kattenlaw.com

**3:08-cv-890 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Documents and Settings\mhardy\My Documents\WestLB POS Summons Duane Werb.PDF
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=2/28/2008] [FileNumber=4177254-0]
[1ef5c34f7d0b51846c8d23934b64afbd9180b491a17e7d8cf71291d4e363d087ee9a6
5f8481812deaa06fb6cf70f2415665df87428a5bee7f0fc09b28c4944f5]]

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| STUART M. RICHTER, Bar #126231 KATTEN MUCHIN ROSENMAN LLP 2029 CENTURY PARK EAST SUITE 2600 LOS ANGELES, CA  90067 Telephone No: 310-788-4400          FAX No: 310-788-4471 | | | | |

| Ref. No. or File No.: |
|---|

Attorney for: Plaintiff

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Central District Of California

Plaintiff: WESTLB AG, NEW YORK BRANCH, ETC.

Defendant: LANTANA MENDOCINO, LLC, ETC.

| PROOF OF SERVICE SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number: CV080890 EMC |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; ECF REGISTRATION INFORMATION HANDOUT ; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; PLAINTIFF WESTLB AG'S CERTIFICATION AS TO INTERESTED PARTIES.

3.  *a. Party served:*          DAVID J. WILK
    *b. Person served:*         party in item 3.a. SERVED UNDER F.R.C.P. RULE 4.

4. *Address where the party was served:*     1 RIVERWALK CENTER
                                             SUITE 100
                                             WILMINGTON, DE  19801

5. *I served the party:*
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Feb. 15, 2008 (2) at: 11:20AM

7. *Person Who Served Papers:*                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. BARRY EVELAND

d.  *The Fee for Service was:*

e.  I am: Not a Registered California Process Server

**First Legal Support Services** SM
ATTORNEY SERVICES
1511 BEVERLY BOULEVARD
Los Angeles, CA 90026
(213) 250-1111, FAX (213) 250-1197

8.  *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
    Date:Fri, Feb. 22, 2008

| Judicial Council Form Rule 982.9.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE SUMMONS IN A CIVIL CASE | (BARRY EVELAND) 4018869.sturi.114753 |
|---|---|---|

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA



WESTLAB AG, NEW YORK BRANCH, a German
banking corporation

### SUMMONS IN A CIVIL CASE

v.

**CASE NUMBER:**

LANTANA MENDOCINO, LLC, a Delaware limited
liability company

EMC

CV 08    0890

TO: (Name and address of defendant)

David J. Wilk
Lantana Mendocino, LLC
1 Riverwalk Center, Suite 100
Wilmington, DE  19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

KATTEN MUCHIN ROSENMAN LLP
Stuart M. Richter (SBN 126231)
William R. Waldman (SBN 198878)
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone:  (310) 788-4400
Fascimile:  (310) 788-4471

an answer to the complaint which is herewith served upon you, within  20        days after service of this summons upon you,
exclusive of the day of service.  If you fail to do so, judgement by default will be taken against you for the relief demanded in the
complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

FEB  8 2008

Richard W. Wieking                                    DATE _____
CLERK

_____
(BY) DEPUTY CLERK

NDCAO440

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2029 Century Park East, Suite 2600, Los Angeles, California 90067. On February 27, 2008, I served the foregoing documents:

**PROOF OF SERVICE OF SUMMONS IN A CIVIL CASE (DAVID J. WILK)**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope, addressed as follows:

Lantana Mendocino, LLC
1 Riverwalk Center, Suite 100
Wilmington, DE 19801
Attention: David J. Wilk

David J. Wilk
Lantana Mendocino, LLC
1 Riverwalk Center, Suite 100
Wilmington, DE 19801

Duane D. Werb, Esq.
Werb & Sullivan
300 Delaware Avenue, Suite 1018
Wilmington, DE 19801

Via OverniteExpress
Walter Wetterman, Esq.
44570 Gordon Lane
Mendocino, CA 95460

( )   By Mail. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

( )   By Facsimile. I caused the above-referenced documents to be transmitted to the noted addressee(s) at the fax number as stated.

(X)   By Overnight Courier. I caused the above-referenced document(s) to be delivered to an overnight courier service (Federal Express/California Overnight), for delivery to the above address(es).

( )   By Personal Service. I delivered such envelope by hand to the offices of the addressee(s) listed above.

Executed on February 27, 2008, at Los Angeles, California.

( ) **STATE** I declare under the penalty of perjury under the laws of the State of California that the above is true and correct.

(X) **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Mamie Hardy

**Service of Process:**
3:08-cv-00890-VRW Westlb AG, New York Branch v. Lantana Mendocino LLC
ADRMOP, E-Filing

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

---

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email
the Help Desk by replying to this message; include your question or comment along with the original
text.

Please note that these Notices are sent for all cases in the system when any case activity occurs,
regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an
electronic document or not.

---

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed
document.
*If there is no second hyperlink, there is no electronic document available .*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no
hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

---

The following transaction was received from by Waldman, William entered on 2/28/2008 10:37 AM
PST and filed on 2/28/2008

**Case Name:**    Westlb AG, New York Branch v. Lantana Mendocino LLC
**Case Number:**    3:08-cv-890
**Filer:**    Westlb AG, New York Branch
**Document Number:** 9

**Docket Text:**
**CERTIFICATE OF SERVICE by Westlb AG, New York Branch *PROOF OF SERVICE
SUMMONS IN A CIVIL CASE (on David J. Wilk)* (Waldman, William) (Filed on 2/28/2008)**

**3:08-cv-890 Notice has been electronically mailed to:**

Stuart Matthew Richter    stuart.richter@kmzr.com, victoria.boyd@kmzr.com

William Ross Waldman    william.waldman@kattenlaw.com

**3:08-cv-890 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\mhardy\My Documents\WestLB POS Summons David Wilk.PDF
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=2/28/2008] [FileNumber=4177242-0]
[6a3a7efd140cb6931332794a6f33a52256e1f96d6a34791c138046b2d3972f41a869b
72cb11919ab6fe947246205bf4ad37fb76d8c46f4e81c7b4ad8851ed3da]]

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

 I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2029 Century Park East, Suite 2600, Los Angeles, California 90067. On May 1, 2008, I served the foregoing documents:

## REQUEST TO ENTER DEFAULT

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope, addressed as follows:

 Walter Wetterman, Esq.
 44570 Gordon Lane
 Mendocino, CA 95460
 Telephone: (707) 937-3700

(x ) By Mail. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

() By Facsimile. I caused the above-referenced documents to be transmitted to the noted addressee(s) at the fax number as stated.

( ) By Overnight Courier. I caused the above-referenced document(s) to be delivered to an overnight courier service (Federal Express/California Overnight), for delivery to the above address(es).

( ) By Personal Service. I delivered such envelope by hand to the offices of the addressee(s) listed above.

 Executed on May 1, 2008, at Los Angeles, California.

() **STATE** I declare under the penalty of perjury under the laws of the State of California that the above is true and correct.

(X) **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Mamie Hardy*

Mamie Hardy