**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking     General Court Number
Clerk     415.522.2000

May 12, 2008

RE:  CV 08-00890 VRW     WESTLB AG-v- LANTANA MENDOCINO LLC

Default is entered as to Lantan Mendocino LLC on 5/12/08.


RICHARD W. WIEKING, Clerk

*[signature: Simone Voltz]*

by Simone Voltz
Case Systems Administrator

NDC TR-4  Rev. 3/89