Stuart M. Richter (State Bar No. 126231)
William R. Waldman (State Bar No. 198878)
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471

Attorneys for Plaintiff WestLB AG, New York Branch

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTLB AG, NEW YORK BRANCH, a German banking corporation,<br><br>           Plaintiff,<br><br>     vs.<br><br>LANTANA MENDOCINO, LLC, a Delaware limited liability company,<br><br>           Defendant. | CASE NO. C 08-00890 VRW<br><br>Assigned to the Honorable Vaughn R. Walker<br><br>**PROOF OF SERVICE** |

PROOF OF SERVICE

31423401v1

**-PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2029 Century Park East, Suite 2600, Los Angeles, California 90067. On May 12, 2008, I served the foregoing documents:

**CLERK'S NOTICE resetting time**

**Clerk' Notice ENTRY OF DEFAULT**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope, addressed as follows:

Walter Wetterman, Esq.
44570 Gordon Lane
Mendocino, CA  95460
Telephone:  (707) 937-3700

( x )   By Mail.  I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

( )   By Facsimile.  I caused the above-referenced documents to be transmitted to the noted addressee(s) at the fax number as stated.

( )   By Overnight Courier.  I caused the above-referenced document(s) to be delivered to an overnight courier service (Federal Express/California Overnight), for delivery to the above address(es).

( )   By Personal Service.  I delivered such envelope by hand to the offices of the addressee(s) listed above.

     Executed on May 12, 2008, at Los Angeles, California.

() **STATE** I declare under the penalty of perjury under the laws of the State of California that the above is true and correct.

(X) **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Mamie Hardy* (signature)<br>Mamie Hardy

31423393_1.DOC                                                                                       PROOF OF SERVICE

# -PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2029 Century Park East, Suite 2600, Los Angeles, California 90067. On May 15, 2008, I served the foregoing documents:

**PROOF OF SERVICE**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope, addressed as follows:

  Walter Wetterman, Esq.
  44570 Gordon Lane
  Mendocino, CA 95460
  Telephone: (707) 937-3700

(x)   By Mail. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

( )   By Facsimile. I caused the above-referenced documents to be transmitted to the noted addressee(s) at the fax number as stated.

( )   By Overnight Courier. I caused the above-referenced document(s) to be delivered to an overnight courier service (Federal Express/California Overnight), for delivery to the above address(es).

( )   By Personal Service. I delivered such envelope by hand to the offices of the addressee(s) listed above.

    Executed on May 15, 2008, at Los Angeles, California.

( ) **STATE** I declare under the penalty of perjury under the laws of the State of California that the above is true and correct.

(X) **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*/s/ Mamie Hardy*
Mamie Hardy

31423393_1.DOC                                                             PROOF OF SERVICE