1  Stuart M. Richter (State Bar No. 126231)
2  William R. Waldman (State Bar No. 198878)
   KATTEN MUCHIN ROSENMAN LLP
3  2029 Century Park East, Suite 2600
4  Los Angeles, CA 90067-3012
   Telephone: 310.788.4400
5  Facsimile: 310.788.4471
6
7  Attorneys for Plaintiff WestLB AG, New York Branch

8                UNITED STATES DISTRICT COURT
9          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11

| | |
|---|---|
| WESTLB AG, NEW YORK BRANCH, a German banking corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LANTANA MENDOCINO, LLC, a Delaware limited liability company,<br><br>　　　　Defendant. | CASE NO. C 08-00890 VRW<br><br>Assigned to the Honorable Vaughn R. Walker<br><br>**CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date:　May 29, 2008<br>Time:　11:00 a.m.<br>Court:　6 |

1  Pursuant to the Court's Order Setting Case Management Conference, Plaintiff
2  WESTLB AG, NEW YORK BRANCH ("Plaintiff") submits the following Case
3  Management Statement.
4  On May 12, 2008, default was entered against Defendant Lantana Mendocino,
5  LLC ("Defendant"). On May 20, 2008, counsel for Plaintiff, William R. Waldman,
6  contacted counsel for Defendant, Joseph A. Eisenberg, to discuss the default and this
7  Case Management Statement (Declaration of William R. Waldman attached hereto
8  ["Waldman Dec."], ¶ 2 and Exhibit A). During their conversation, Mr. Eisenberg
9  informed Mr. Waldman that Defendant would not be attending the Case Management
10 Conference, nor would Defendant be seeking to have the default set aside, although he
11 reserved the right to do so at a later time. Id. Plaintiff intends to seek the entry of a
12 default judgment against Defendant by the Court.

Dated: May 22, 2008

KATTEN MUCHIN ROSENMAN LLP
Stuart M. Richter
William R. Waldman

By: _____
       William R. Waldman

Attorneys for Plaintiff WESTLB AG, NEW YORK BRANCH

## DECLARATION OF WILLIAM R. WALDMAN

I, William R. Waldman, declare:

1. I am an attorney at law duly licensed to practice before this Court and state courts in the State of California and am an associate with the law firm of Katten Muchin Rosenman LLP, counsel of record for plaintiff WestLB AG, New York Branch ("Plaintiff") in this action. As such, I have personal knowledge of the facts set forth herein below and, if called and sworn as a witness, I could and would competently testify thereto.

2. On May 20, 2008, I contacted counsel for Defendant Lantana Mendocino LLC ("Defendant"), Joseph A. Eisenberg, to discuss the default and this Case Management Statement. During our conversation, Mr. Eisenberg informed me that Defendant would not be attending the Case Management Conference, nor would Defendant be seeking to have the default set aside, although he reserved the right to do so at a later time. A true and correct copy of my May 20, 2008 letter to Joseph A. Eisenberg confirming our conversation is attached hereto as Exhibit A and incorporated in by reference.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this was executed on May 22, 2008.

Executed on May 22, 2008, at Los Angeles, California.

_____
WILLIAM R. WALDMAN

EXHIBIT A

# Katten
### Katten Muchin Rosenman LLP

2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel
310.788.4471 fax

**WILLIAM R. WALDMAN**
william.waldman@kattenlaw.com
310.788.4796 direct
310.712.8468 fax

May 20, 2008

<u>Via Facsimile</u>

Mr. Joseph A. Eisenberg, Esq.
Jeffer, Mangels, Butler & Marmaro LLP
1900 Avenue of the Stars
7th Floor
Los Angeles, CA 90067

Re:   **WestLB AG, New York Branch v. Lantana Mendocino LLC, U.S. District Court Case No. C 08-00890 VRW**

Dear Mr. Eisenberg:

This letter shall serve to confirm our telephone conversation today wherein you informed me that your client, Lantana Mendocino, LLC, will not be attending the Case Management Conference set for May 29, 2008, at 11:00 a.m. at the U.S. District Court in San Francisco. You further informed me that your client will not be seeking to have the default lifted at this time, but did reserve the right to do so in the future.

If any of this differs from your understanding of our conversation, please contact me immediately as I do intend to relay this information to the Court.

Very truly yours,

*[signature]*

William R. Waldman

WRW:mh

**-PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2029 Century Park East, Suite 2600, Los Angeles, California 90067. On May 22, 2008, I served the foregoing documents:

**CASE MANAGEMENT CONFERENCE STATEMENT**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope, addressed as follows:

    Walter Wetterman, Esq.
    44570 Gordon Lane
    Mendocino, CA 95460
    Telephone: (707) 937-3700

(x) By Mail. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

( ) By Facsimile. I caused the above-referenced documents to be transmitted to the noted addressee(s) at the fax number as stated.

( ) By Overnight Courier. I caused the above-referenced document(s) to be delivered to an overnight courier service (Federal Express/California Overnight), for delivery to the above address(es).

( ) By Personal Service. I delivered such envelope by hand to the offices of the addressee(s) listed above.

    Executed on May 22, 2008, at Los Angeles, California.

( ) **STATE** I declare under the penalty of perjury under the laws of the State of California that the above is true and correct.

(X) **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Mamie Hardy*
Mamie Hardy

31423393_1.DOC                      PROOF OF SERVICE