KATTEN MUCHIN ROSENMAN LLP
Kristin L. Holland (SBN 187314)
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471

Attorneys for Plaintiff WESTLB AG

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTLB AG, NEW YORK BRANCH, a German banking corporation<br><br>Plaintiff,<br><br>vs.<br><br>LANTANA MENDOCINO, LLC, a Delaware limited liability company<br><br>Defendant. | CASE NO. 08 0890 WRV<br><br>**AMENDMENT OF STIPULATION AND [PROPOSED] ORDER RE APPOINTMENT OF RECEIVER** |

Plaintiff WestLB AG ("Plaintiff"), by and through its counsel of record, Kristin L. Holland of Katten Muchin Rosenman, LLP, and Defendant Lantana Mendocino, LLC ("Defendant"), hereby stipulate and agree as follows:

1. The Receivership approved by this Court pursuant to its Order dated November 5, 2008, automatically will terminate concurrent with the foreclosure sale of the real property commonly known as "The Heritage House" in Mendocino, California, which sale currently is scheduled to occur on December 5, 2008.

31461364v1

| | |
|---|---|
| Date: December 2, 2008 | KATTEN MUCHIN ROSENMAN<br>Kristin L. Holland<br><br>By: /s/ K. Holland<br>Kristin L. Holland<br>Attorneys for Plaintiff WestLB AG |
| Date: December 2, 2008 | LANTANA MENDOCINO, LLC<br>By: Heritage House Resort, Inc., its Manager<br><br>By: /s/<br>David J. Wilk, President |
| Acknowledged by: | By: _____ |
| Date: December 2, 2008 | Nicholas Clayton, solely in his capacity as receiver |

Katten
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel 310.788.4471 fax

2

31461364v1

| | | |
|---|---|---|
| 1 | Date: December 2, 2008 | KATTEN MUCHIN ROSENMAN<br>Kristin L. Holland |
| 2 | | |
| 3 | | |
| 4 | | By: _____<br>Kristin L. Holland<br>Attorneys for Plaintiff WestLB AG |
| 5 | | |
| 6 | | |
| 7 | Date: December 2, 2008 | LANTANA MENDOCINO, LLC<br>By: Heritage House Resort, Inc., its Manager |
| 8 | | By: _____<br>David J. Wilk, President |
| 9 | | |
| 10 | | |
| 11 | Acknowledged by: | By: _____ |
| 12 | Date: December 2, 2008 | Nicholas Clayton, solely in his capacity as receiver |

31461364v1

**ORDER**

Based on the stipulation of the parties and for good cause shown herein;

IT IS HEREBY ORDERED that:

The Receivership approved by this Court pursuant to its Order dated November 5, 2008, automatically will terminate concurrent with the foreclosure sale of the real property commonly known as "The Heritage House" in Mendocino, California, which sale currently is scheduled to occur on December 5, 2008.

Dated: December 2, 2008   By: _____
Vaughn R. Walker
Chief Judge of the District Court



IT IS SO ORDERED
Judge Vaughn R Walker

31461364v1