KATTEN MUCHIN ROSENMAN LLP
Kristin L. Holland (SBN 187314)
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471

Attorneys for Plaintiff WESTLB AG

*IT IS SO ORDERED*
/s/ Vaughn R Walker
Judge Vaughn R Walker

Dated: December 18, 2008

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTLB AG, NEW YORK BRANCH, a German banking corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LANTANA MENDOCINO, LLC, a Delaware limited liability company<br><br>　　　　Defendant. | CASE NO. 08 0890 WRV<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rule of Civil Procedure 41(1)(A), Plaintiff WestLB AG ("Plaintiff") hereby voluntarily dismisses this action without prejudice, with each side to bear its own fees and costs.

Date: December 15, 2008

KATTEN MUCHIN ROSENMAN
Kristin L. Holland

By: /s/ Kristin L. Holland
Kristin L. Holland
Attorneys for Plaintiff WestLB AG

31464305v1